# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRILL TECH DRILLING & SHORING, INC., a California corporation,<br><br>    Plaintiff,<br>    v.<br><br>SUNPAC LLC; RR DONNELLEY LOGISTICS SERVICES WORLDWIDE, INC.,<br><br>    Defendants. | Case No. C18-03477-LB<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

In light of the parties' full and final settlement of the claims at issue and their stipulation to dismiss the action with prejudice pursuant to F.R.C.P. 41(a), this action and all parties' claims for relief are hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: May 2, 2019        _____
                          LAUREL BEELER, Magistrate Judge
                          UNITED STATES DISTRICT COURT